UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

DAEWOO LOGISTICS CORP.,

        Plaintiff,

    -against-

HYRAM MARITIME SAL.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 9002 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

    The Clerk of the Court is directed to unseal this action.

Dated: January 16, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

-1-

*Copy mailed to:*

Kevin J. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Ste. 300
New York, NY 10170
*Counsel for Plaintiff*