UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
DAEWOO LOGISTICS CORP.,
                                                :
               Plaintiff,                08 Civ. 9002 (WHP)
                                                :
       -against-                  ORDER
                                                :

HYRAM MARITIME SAL.,
                                                :
               Defendant.
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on January 15, 2009, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: January 16, 2009
       New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                            U.S.D.J.

*Copy mailed to:*

Kevin J. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Ave., Ste. 300
New York, NY 10170
*Counsel for Plaintiff*